UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PENNSYLVANIA AVENUE FUNDS, On
Behalf of Itself and All Others Similarly Situated,

                        Plaintiffs,

                vs.

EDWARD J. BOREY, et al.,

                        Defendants.

NO.  C06-1737RSL

ORDER VACATING ORDER
REGARDING INITIAL
DISCLOSURES, JOINT STATUS
REPORT, AND EARLY SETTLEMENT

        The Court's Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement

entered December 11, 2006, is hereby VACATED.  The Court will reissue the Order Regarding Initial

Disclosures, Joint Status Report, and Early Settlement after defendants have appeared.


        DATED this 4th day of January, 2007.


                                        Robert S. Lasnik
                                        United States District Judge


ORDER VACATING-1