UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

FILED
LODGED
JAN 31 2007    DJ
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

## APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE

| PENNSYLVANIA AVENUE FUNDS, On Behalf of Itself and All Others Similarly Situated,<br><br>**Plaintiff(s)**<br><br>v<br><br>EDWARD J. BOREY, et al.,<br><br>**Defendant(s)** | **Case Number:** 2:06-cv-01737-JLR<br><br><br>APPLICATION FOR LEAVE<br>TO APPEAR<br>PRO HAC VICE |
|---|---|

Pursuant to Local General Rule 2(d) of the United States District Court for the Western District of Washington, JAMES H. HULME hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of Francisco Partners LP; Gladiator Corporation; Francisco Partners II, LP; Partners Parallel Fund II, LP; David Stanton; and Dipanjan Deb.

The particular need for my appearance and participation is:
Our law firm serves as legal advisors for the clients named above. It is their choice to have us serve as counsel of record for them in this matter.

I, JAMES H. HULME, understand that I am charged with knowing and complying with all applicable local rules;

I have not been disbarred or formally censured by a court of record or by a state bar association; and there are no pending disciplinary proceedings against me.

I declare under penalty of perjury that the foregoing is true and correct.

_James H. Hulme (kps)_        1/29/07
Signature of Applicant            Date

I have enclosed the required filing fee of $75.00

pleted by the court): _____

06-CV-01737-ORD

| |
|---|
| **JAMES H. HULME** |
| APPLICANT'S NAME: |
| ARENT FOX, LLP |
| APPLICANT'S FIRM: |
| 1050 Connecticut Avenue, N.W., Washington, D.C. 20036-5339 |
| APPLICANT'S ADDRESS (Street Address Room/Suite) |
| (202) 857-6000 |
| PHONE NUMBER (include area code) |

## STATEMENT OF LOCAL COUNSEL

I am authorized, and will be prepared, to handle this matter, including trial, in the event the applicant is unable to be present upon any date assigned by the court.

DATED this 30th day of January, 2007.

_____
Signature of Local Counsel

| | |
|---|---|
| JEREMY E. ROLLER | 32021 |
| LOCAL COUNSEL NAME | WASHINGTON STATE BAR NUMBER |
| YARMUTH WILSDON CALFO PLLC | |
| LAW FIRM | |
| 925 FOURTH AVENUE, SUITE 2500, SEATTLE, WA 98104 | |
| APPLICANT'S ADDRESS (Street Address Room/Suite) | |
| (206) 516-3800 | |
| PHONE NUMBER (include area code) | |

## ORDER

IT IS ORDERED that the application of to appear and participate in this action is hereby approved.

DATED this day of _ February 1 _, 20 07.

BRUCE RIFKIN, CLERK
UNITED STATES DISTRICT COURT

BY: _____