THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PENNSYLVANIA AVENUE FUNDS, On Behalf of Itself and All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EDWARD J. BOREY, et al.,<br><br>　　　　　Defendants, | CASE NO.:  C06-1737-RAJ<br><br>**JOINT MEET AND CONFER STATEMENT AND STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR MOTIONS TO DISMISS** |

WHEREAS on February 13, 2008, the Court granted the motion by Vector Capital Corporation, Vector Capital III, L.P. and Alexander Slusky (collectively the "Vector Defendants") to dismiss Plaintiff Pennsylvania Avenue Funds' ("Plaintiff") federal securities law claims (Docket #107), dismissing Plaintiff's fraud and insider trading claims under the Williams Act with prejudice, and granting Plaintiff leave to amend its cause of action for insider trading under 10b-5;

WHEREAS on February 13, 2008, the Court granted the motion to dismiss submitted by Edward J. Borey, Steven N. Moore, Michael R. Kourey, Michael R. Hallman, Richard A. LeFaivre, and William J. Schroeder (collectively the "Director Defendants") (Docket #108) with leave to amend;

JOINT MEET AND CONFER STATEMENT
AND STIPULATION AND [PROPOSED] ORDER
REGARDING BRIEFING SCHEDULE
CASE NO.:  C06-1737JLR

**WILSON SONSINI GOODRICH & ROSATI**
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500

1   WHEREAS on February 21, 2008, the Court granted Defendants' motion to dismiss
2   Plaintiff's antitrust claim with prejudice (Docket # 109);
3   WHEREAS on March 14, 2008, Plaintiff filed a proposed Second Amended
4   Complaint Based Upon Self-Dealing Breach of Fiduciary Duties And Violations of the
5   Federal Securities Laws (the "Second Amended Complaint" or "SAC") (Docket #113),
6   alleging claims against the Director Defendants, the Vector Defendants, and Francisco
7   Partners, L.P. and Gladiator Corporation (the "FP Defendants");
8   WHEREAS, on March 28, 2008, the Court issued a Minute Order (the "Minute
9   Order") directing the parties to meet and confer regarding motions to dismiss the Second
10  Amended Complaint, if any, and an appropriate briefing schedule for any motions;
11  WHEREAS, on April 4 and 9, 2008, counsel for the Director Defendants, FP
12  Defendants, Vector Defendants and Plaintiff held a joint conference call to discuss the issues
13  identified in the Minute Order (the "Meet and Confer");
14  WHEREAS, during the Meet and Confer, Plaintiff indicated a willingness to augment
15  the complaint and/or provide further or more specific information if doing so would moot
16  Defendants' stated desire to again move to dismiss the SAC;
17  WHEREAS, in response, Defendants indicated that pursuant to this Court's prior
18  direction, Plaintiff had an obligation to include all information necessary to support its claims
19  in the SAC;
20  WHEREAS, Plaintiff disputes Defendants' characterization of not having included all
21  information necessary to support its claims in the SAC;
22  WHEREAS, during the Meet and Confer, the Director Defendants indicated that they
23  would file a motion to dismiss the SAC;
24  WHEREAS, during the Meet and Confer, the Vector Defendants: (1) urged Plaintiff to
25  withdraw its claims against the Vector Defendants because the new allegations failed to cure
26  the "typos" and other defects in Plaintiff's prior complaint; and (2) indicated that, should
27

JOINT MEET AND CONFER STATEMENT
AND STIPULATION AND [PROPOSED] ORDER REGARDING
BRIEFING SCHEDULE
CASE NO.: C06-1737JLR

2

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

1  Plaintiff not withdraw its claims against them, the Vector Defendants would file a motion to
2  dismiss the SAC's Second, Third and Fourth causes of action;
3      WHEREAS, during the Meet and Confer, the FP Defendants indicated that they
4  intended to file a motion to dismiss and/or strike Plaintiff's new allegations regarding the FP
5  Defendants;
6      AND WHEREAS, during the Meet and Confer, the Defendants and Plaintiff discussed
7  a briefing schedule for the above anticipated motions;
8      THEREFORE, the parties hereby stipulate and respectfully request that the Court
9  enter an order as follows:
10     1.   The Director Defendants, FP Defendants and Vector Defendants shall each file
11 their motions to dismiss the SAC on or before May 14, 2008;
12     2.   Plaintiff shall file its consolidated opposition to Defendants' motions on or
13 before June 18, 2008;
14     3.   The Director Defendants, FP Defendants, and Vector Defendants shall each
15 file their respective replies, if any, to Plaintiff's oppositions on or before July 8, 2008;
16     4.   The motions to dismiss shall be noted for consideration on July 8, 2008.

17 Dated: April 9, 2008    **WILSON SONSINI GOODRICH & ROSATI**
    Barry M. Kaplan, WSBA #8661
18     Email: bkaplan@wsgr.com
    701 Fifth Avenue, Suite 5100
19     Seattle, WA 98104-7036
    Telephone: (206) 883-2500
20     Fax: (206) 883-2699

21     s/ Barry M. Kaplan
    Barry M. Kaplan, WSBA #8661
22
    David J. Berger (Admitted *pro hac vice*)
23     Email: dberger@wsgr.com
    Bahram Seyedin-Noor (Admitted *pro hac vice*)
24     Email: bnoor@wsgr.com
    650 Page Mill Road
25     Palo Alto, CA 94304
    Telephone: (650) 493-9300
26     Fax: (650) 565-5100

27     Counsel for Vector Capital Corporation, Vector Capital III,
    L.P., and Alexander R. Slusky

JOINT MEET AND CONFER STATEMENT     3     WILSON SONSINI GOODRICH & ROSATI
AND STIPULATION AND [PROPOSED] ORDER REGARDING   701 Fifth Avenue, Suite 5100
BRIEFING SCHEDULE   Seattle, WA 98104-7036
CASE NO.: C06-1737JLR   Tel: (206) 883-2500
   Fax: (206) 883-2699

| | | |
|---|---|---|
| 1 | Dated: April 9, 2008 | **SMITH & LOWNEY** |
| | | Richard A. Smith, WSBA #21788 |
| 2 | | Email: rasmith@igc.org |
| | | 2137 East John Street |
| 3 | | Seattle, WA 98112 |
| | | Telephone: (206) 860-2883 |
| 4 | | Facsimile: (206) 860-4187 |
| 5 | | s/ Richard A. Smith |
| | | Richard A Smith, WSBA #21788 |
| 6 | | |
| | | **FINKELSTEIN & KRINSK** |
| 7 | | Jeffrey R. Krinsk (Admitted *pro hac vice*) |
| | | Email: jkr@classactionlaw.com |
| 8 | | Mark L. Knutson (Admitted *pro hac vice*) |
| | | Email: mlk@classactionlaw.com |
| 9 | | William R. Restis (Admitted *pro hac vice*) |
| | | Email: wrr@classactionlaw.com |
| 10 | | The Koll Center |
| | | 501 West Broadway, Suite 1250 |
| 11 | | San Diego, CA 92101-3579 |
| | | Telephone: (619) 238-1333 |
| 12 | | Facsimile: (619) 238-5245 |
| 13 | | Counsel for Pennsylvania Avenue Funds, On Behalf of Itself and All Others Similarly Situated |
| 14 | | |
| 15 | Dated: April 9, 2008 | **HILLIS CLARK MARTIN & PETERSON, P.S.** |
| | | Louis D. Peterson, WSBA #5776 |
| 16 | | Email: ldp@hcmp.com |
| | | 500 Galland Building |
| 17 | | 1221 Second Avenue, Suite 500 |
| | | Seattle, WA 98101 |
| 18 | | Telephone: (206) 623-1745 |
| | | Facsimile: (206) 623-7789 |
| 19 | | |
| | | s/ Louis D. Peterson |
| 20 | | Louis D. Peterson, WSBA #5776 |
| 21 | | **ORRICK, HERRINGTON & SUTCLIFFE, LLP** |
| | | Michael D. Torpey (Admitted *pro hac vice*) |
| 22 | | Email: mtorpey@orrick.com |
| | | James Kramer (Admitted *pro hac vice*) |
| 23 | | Email: jkramer@orrick.com |
| | | Gabriel Z. Reynoso (Admitted *pro hac vice*) |
| 24 | | Email: greynoso@orrick.com |
| | | The Orrick Building |
| 25 | | 405 Howard Street |
| | | San Francisco, CA 94105 |
| 26 | | Telephone: (415) 773-5700 |
| | | Facsimile: (415) 773-5759 |
| 27 | | |

JOINT MEET AND CONFER STATEMENT
AND STIPULATION AND [PROPOSED] ORDER REGARDING
BRIEFING SCHEDULE
CASE NO.: C06-1737JLR

4

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

| | |
|---|---|
| 1 | Counsel for Edward J. Borey, Steven N. Moore, Michael R. Kourey, Michael R. Hallman, Richard A. LeFaivre, and William J. Schroeder |
| 2 | |
| 3 Dated: April 9, 2008 | **YARMUTH WILSDON CALFO, PLLC** |
| 4 | Jeremy Roller, WSBA #32021<br>Email: jroller@yarmuth.com |
| | Fourth & Madison |
| 5 | 925 Fourth Avenue, Suite 2500<br>Seattle, WA 98104 |
| 6 | Telephone: (206) 516-3800<br>Facsimile: (206) 516-3888 |
| 7 | |
| | _s/ Jeremy Roller_ |
| 8 | Jeremy Roller, WSBA #32021 |
| 9 | **ARENT FOX, LLP** |
| | James H. Hulme (Admitted *pro hac vice*) |
| 10 | Email: hulme.james@arentfox.com<br>David H. Evans (Admitted *pro hac vice*) |
| 11 | Email: evans.david@arentfox.com<br>1050 Connecticut Avenue, N.W. |
| 12 | Washington D.C. 20036-5339<br>Telephone: (202) 857-6000 |
| 13 | Facsimile: (202) 857-6395 |
| 14 | Counsel for Francisco Partners, L.P. and Gladiator Corporation |

JOINT MEET AND CONFER STATEMENT
AND STIPULATION AND [PROPOSED] ORDER REGARDING
BRIEFING SCHEDULE
CASE NO.: C06-1737JLR

5

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

**[PROPOSED] ORDER**

Upon stipulation of the parties and for good cause appearing, IT IS SO ORDERED

Dated: _____, 2008

_____
THE HONORABLE RICHARD A. JONES

Presented by:

**WILSON SONSINI GOODRICH & ROSATI**
Barry M. Kaplan, WSBA #8661
Email:  BKaplan@wsgr.com
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Telephone:  (206) 883-2500
Fax:  (206) 883-2699

David J. Berger (Admitted *pro hac vice*)
Email: dberger@wsgr.com
Bahram Seyedin-Noor (Admitted *pro hac vice*)
Email:  bnoor@wsgr.com
650 Page Mill Road
Palo Alto, CA  94304
Telephone:  (650) 493-9300
Fax:  (650) 565-5100

Counsel for Vector Capital Corporation,
Vector Capital III, L.P., and Alexander
R. Slusky

JOINT MEET AND CONFER STATEMENT
AND STIPULATION AND [PROPOSED] ORDER REGARDING
BRIEFING SCHEDULE
CASE NO.:  C06-1737JLR

6

**WILSON SONSINI GOODRICH & ROSATI**
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

# CERTIFICATE OF SERVICE

I, Barry M. Kaplan, certify that on April 9, 2008, I caused the foregoing **JOINT MEET AND CONFER STATEMENT AND STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR MOTIONS TO DISMISS** to be electronically filed with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following individuals:

| | |
|---|---|
| Eric D. Lowney<br>Email: knoll@igc.org<br>Richard A. Smith<br>Email: rasmithwa@igc.org<br>William R. Restis<br>Email: wrr@classactionlaw.com<br>Jeffrey R. Krinsk<br>Email: jrk@classactionlaw.com<br>Mark L. Knutson<br>Email: mlk@classactionlaw.com<br>Jeremy Roller<br>Email: jroller@yarmuth.com<br>Joshua Fowkes<br>Email: fowkes.joshua@arentfox.com | David H. Evans<br>Email: evans.david@arentfox.com<br>James H. Hulme<br>Email: hulme.james@arentfox.com<br>James N. Kramer<br>Email: jkramer@orrick.com<br>Gabriel Z. Reynoso<br>Email: greynoso@orrick.com<br>Michael D. Torpey<br>Email: mtorpey@orrick.com<br>Louis David Peterson<br>Email: ldp@hcmp.com<br>Michael Ramsey Scott<br>Email: mrs@hcmp.com |

DATED:  April 9, 2008

                               s/ Barry M. Kaplan
                              Barry M. Kaplan, WSBA #8661
                              **WILSON SONSINI GOODRICH & ROSATI**
                              701 Fifth Avenue, Suite 5100
                              Seattle, WA  98104-7036
                              Telephone:  (206) 883-2500
                              Email:  bkaplan@wsgr.com

JOINT MEET AND CONFER STATEMENT
AND STIPULATION AND [PROPOSED] ORDER REGARDING
BRIEFING SCHEDULE
CASE NO.:  C06-1737JLR

7

**WILSON SONSINI GOODRICH & ROSATI**
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699