# United States District Court
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PENNSYLVANIA AVENUE FUNDS,

    Plaintiff,

        v.

EDWARD J. BOREY, et al.,

    Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   C06-1737-RAJ

____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

    For the reasons stated in the court's March 30, 2009 and March 8, 2010 orders, judgment is entered for Defendants and this action is DISMISSED with prejudice.

Dated this 8th day of March, 2010.

                                              BRUCE RIFKIN
                                                  Clerk

                                            /s/ Consuelo Ledesma
                                              Deputy Clerk